IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>NELSON GRAU-CRUZ,<br>Defendant. | INDICTMENT<br><br>Criminal No. 21-021 (ADC)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(o)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>ONE COUNT |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

Possession of a Machinegun

(18 U.S.C. § 922(o))

On or about January 20, 2021, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant

**NELSON GRAU-CRUZ,**

did knowingly possess a firearm modified to shoot more than one round of ammunition, without manual reloading, by a single function of the trigger, to wit: a Glock pistol, model 17, 9mm caliber serial number BBDL411, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

**NELSON GRAU-CRUZ,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to one Glock pistol, model 17, 9MM caliber, serial number BBDL411 with one round in the chamber; three Glock pistol magazines; two thirty-round capacity, 9MM caliber magazines; and one fifteen-round capacity magazine.

TRUE BILL

_____
FOREPERSON

Date: 01/27/2021

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan Gottfried
Assistant U.S. Attorney
Chief, Violent Crimes Unit

_____
Luis A. Valentin
Assistant U.S. Attorney